# EXHIBIT 1

AustinPain.com WHOIS, D

https://whois.domaintools.com/austinpain.com

IP History: **21 changes** on 11 unique IP addresses over 9 years.
NS History: **12 changes** on 7 unique name servers over 12 years.
Registrar History: **3 registrars** with 3 drops.
Alexa Trend/Rank: #15,046,169: for the last three months.
Compete Rank: No data found for this domain.

```
Domain Name: AustinPain.com
Registry Domain ID: 1770320522_DOMAIN_COM-VRSN
Registrar WHOIS server: whois.NameBright.com
Registrar URL: http://www.NameBright.com
Updated Date: 2013-12-30T00:00:00.000Z
Creation Date: 2013-01-01T00:00:00.000Z
Registrar Registration Expiration Date: 2015-01-01T00:00:00.000Z
Registrar: DomainTact LLC
Registrar IANA ID: 1618
Registrar Abuse Contact Email: abuse@namebright.com
Registrar Abuse Contact Phone: +1.303.893.0547
Domain Status: clientTransferProhibited
Domain Status: clientDeleteProhibited
Domain Status: clientHold
Domain Status: clientUpdateProhibited
Domain Status: clientRenewProhibited
Registry Registrant ID:
Registrant Name: Domain Admin
Registrant Organization: HugeDomains.com
Registrant Street: 2635 Walnut Street
Registrant City: Denver
Registrant State/Province: CO
Registrant Postal Code: 80205
Registrant Country: US
Registrant Phone: +1.303.893.0552
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: domains@hugedomains.com
Registry Admin ID:
Admin Name: Domain Admin
Admin Organization: HugeDomains.com
Admin Street: 2635 Walnut Street
Admin City: Denver
Admin State/Province: CO
Admin Postal Code: 80205
Admin Country: US
Admin Phone: +1.303.893.0552
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: domains@hugedomains.com
Registry Tech ID:
Tech Name: Domain Admin
Tech Organization: HugeDomains.com
Tech Street: 2635 Walnut Street
Tech City: Denver
Tech State/Province: CO
Tech Postal Code: 80205
Tech Country: US
Tech Phone: +1.303.893.0552
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: domains@hugedomains.com
```

agreed. Online. Escrow.
Website & Domain Escrows

THINK NEW .BIKE
NEW EXTENSIONS FROM €8.00

Country TLDs | General TLDs

The following domains are available through our preferred partners. Select domains below for more information. (3rd party site)

AustinPain.at — Register
AustinPain.be — Register
AustinPain.ch — Register
AustinPain.cn — Register
AustinPain.co.uk — Register
AustinPain.de — Register
AustinPain.dk — Register
AustinPain.es — Register
AustinPain.eu — Register
AustinPain.fr — Register

Register All Selected >   Show all (18) >