# EXHIBIT 2



About APA | Contact APA | Locations | Latest News

Patient Portal | New Patient Appointment

ABDOMINAL PAIN
ARM PAIN
BACK PAIN
CHEST PAIN
FOOT PAIN
HAND PAIN
HEAD PAIN
HIP PAIN
KNEE PAIN
LEG PAIN
NECK PAIN
PELVIC PAIN
SHOULDER PAIN

WHERE DOES IT HURT?

Patient Resources | Physicians & Team | Conditions | Treatments | Resources | FAQ | Research



## Patients

Request an Appointment
Patient Portal
Pay Your Bill Online
Educational Treatment Videos
Frequently Asked Questions



## Physicians

Insurance Coverage (PDF)
Our Services



## Products & Services

Alternative Therapies
Interventional Procedures
Medication Management
Physical Therapy and Rehabilitation
Psychological Evaluation and Treatment



## Latest News

### New Westlake office opens on March 17th

Posted on March 14, 2014 by Austin Pain Associates

There are some exciting changes taking place at Austin Pain Associates! We are pleased to announce the opening of our new Westlake office located at 5300 Bee Cave Road, Building III, Suite 200, Austin, TX 78746. Dr. Adnan Khan and Dr. Kery Feferman will start seeing patients at this location starting on March 17th. If… Continue reading →

### INCLEMENT WEATHER NOTICE

Posted on January 23, 2014 by Austin Pain Associates

Austin Pain Associates follows the inclement weather guidelines of the school district in which our Austin Pain Associates' office is located. Therefore, please check the website of the school district where your appointment is scheduled to confirm Austin Pain Associates' office closures. School websites are Austinisd.org, Georgetownisd.org, Leanderisd.org, Roundrockisd.org, and Hayscisd.net.

### APA's Phone Hours

Posted on January 13, 2014 by Austin Pain Associates

Please note, effective Monday, January 13, 2014 Austin Pain Associates will implement new phone hours. Phone hours of operations will be Monday-Friday 7:30am to 4pm. Austin Pain Associates office hours of operation will remain the same. For routine office communication which includes appointments and medication refill requests, you may still utilize our Patient Portal. The…
Continue reading →

Home | Conditions | Treatments | Appointments | Patient Info | Educational Resources | FAQ | About APA | Locations | Contact APA | Privacy Policy

Phone: 512.416.7246 (PAIN) | Toll-Free: 888.299.9290 | Fax: 512.275.2833 | New Patient Fax: 512.275.2828 | Email Us

Copyright ©2013 Austin Pain Associates





# Clinical Research Trials

Austin Pain Associates (APA) is excited to announce that we will begin conducting clinical research trials. Through clinical research better medications, devices, and techniques are developed for patients with chronic pain. Clinical research trials allow the patient to have a direct impact on the future development of the treatment for pain. Research programs allow APA to remain on the cutting edge of pain management treatments and offer patients an opportunity to access innovative therapies that are otherwise unavailable to the general population.

**Contact Information:**

Heather Ross, RC
hross@austinpainassociates.com
Phone 512-439-7294
Fax 512-416-6791

## Studies Open for Enrollment

### Opioid Induced Constipation Study

**Purpose:** To test the effectiveness for pain control of an experimental drug known as OXN compared to placebo in people suffering with moderate to severe chronic low back pain and who have constipation caused by taking opioids, who require around-the-clock opioid therapy.

**Treatments** sidebar:
- Alternative Therapies
- Interventional Procedures
- Medication Management
- Physical Therapy and Rehabilitation
- Psychological Evaluation and Treatment
- ▶ Clinical Research Trials

Footer: Home | Conditions | Treatments | Appointments | Patient Info | Educational Resources | FAQ | About APA | Locations | Contact APA | Privacy Policy

Phone: 512.416.7246 (PAIN) | Toll-Free: 888.299.9290 | Fax: 512.275.2833 | New Patient Fax: 512.275.2828 | Email Us

Chronic pain has many layers. Your pain condition may be experienced as tissue damage, pain sensation, thoughts, emotions, suffering and pain behaviors. It is important to be aware of these many different layers because often people experiencing chronic pain most readily notice and identify the tissue damage and pain sensation. When only treating those areas of your pain condition, this can lead to ineffective coping which is why Austin Pain Associates uses a multi-disciplinary model to treat your pain. It is our belief that you will be best served by taking advantage of all of our services to fully treat your pain condition.

Chronic pain is a real experience. However, pain is also subjective which makes it modifiable. Each person is unique and therefore the way each person will handle pain is different. Pain is influenced by environmental, psychosocial and behavioral factors.

This booklet is not meant to be all–inclusive, rather a simple informative read. Austin Pain Associate's behavioral health providers can help you to understand and take control of your pain with a treatment approach designed specifically for you.

Hope is here, Help is near!

2

**CHRONIC VS. ACUTE PAIN**



Case 1:14-cv-00946-BNB Document 1-2 Filed 04/02/14 USDC Colorado Page 6 of 6



www.austinpainmanagement.com

KNEE PAIN
LEG PAIN
NECK PAIN
PELVIC PAIN
SHOULDER PAIN

Patient Resources | Physicians & Team | Conditions | Treatments | Resources | FAQ | Research

### Patients

- Request an Appointment
- Patient Portal
- Pay Your Bill Online
- Educational Treatment Videos
- Frequently Asked Questions

### Physicians

- Insurance Coverage (PDF)
- Our Services

### Products & Services

- Alternative Therapies
- Interventional Procedures
- Medication Management
- Physical Therapy and Rehabilitation
- Psychological Evaluation and Treatment


**APA Locations**

### Latest News

**New Westlake office opens on March 17th**
Posted on March 14, 2014 by Austin Pain Associates

There are some exciting changes taking place at Austin Pain Associates! We are pleased to announce the opening of our new Westlake office located at 5300 Bee Cave Road, Building III, Suite 200, Austin, TX 78746. Dr. Adnan Khan and Dr. Kery Feferman will start seeing patients at this location starting on March 17th. If... Continue reading →

**INCLEMENT WEATHER NOTICE**
Posted on January 23, 2014 by Austin Pain Associates

Austin Pain Associates follows the inclement weather guidelines of the school district in which our Austin Pain Associates' office is located. Therefore, please check the website of the school district where your appointment is scheduled to confirm Austin Pain Associates' office closures. School websites are Austinisd.org, Georgetownisd.org, Leanderisd.org, Roundrockisd.org, and Hayscisd.net.

**APA's Phone Hours**
Posted on January 13, 2014 by Austin Pain Associates

Please note, effective Monday, January 13, 2014, Austin Pain Associates will implement new phone hours. Phone hours of operations will be Monday-Friday 7:30am to 4pm. Austin Pain Associates office hours of operation will remain the same. For routine office communication which includes appointments and medication refill requests, you may still utilize our Patient Portal. The... Continue reading →

Home | Conditions | Treatments | Appointments | Patient Info | Educational Resources | FAQ | About APA | Locations | Contact APA | Privacy Policy

**Phone:** 512.416.7246 (PAIN) | **Toll-Free:** 888.299.9290 | **Fax:** 512.275.2833 | **New Patient Fax:** 512.275.2828 | Email Us

Copyright ©2013 Austin Pain Associates