# EXHIBIT 3

# TEXAS SECRETARY OF STATE
## NANDITA BERRY

UCC | Business Organizations | Trademarks | Notary | Account | Help/Fees | Briefcase | Logout

### BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

**Filing Number:** 800043566  
**Original Date of Filing:** January 4, 2002  
**Formation Date:** N/A  
**Tax ID:** 32035934523  
**Duration:** Perpetual  

**Entity Type:** Professional Association  
**Entity Status:** In existence  
**FEIN:**  

**Name:** Robert P. Wills, M.D., P.A.  
**Address:** 2501 W. William Cannon, Ste 401  
Austin, TX 78745 USA  

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|

| Assumed Name | Date of Filing | Expiration Date | Inactive Date | Name Status | Counties |
|---|---|---|---|---|---|
| Austin Pain Consultants | April 1, 2002 | April 1, 2012 | April 23, 2002 | Abandoned | BASTROP, CALDWELL, HAYS, TRAVIS, , |
| Austin Pain Associates | April 23, 2002 | April 23, 2012 | April 23, 2012 | Expired | BASTROP, CALDWELL, HAYS, TRAVIS, , |
| STONEGATE PHYSICAL THERAPY | November 2, 2006 | November 2, 2016 | | Active | All Counties |
| Restore FX | November 2, 2006 | November 2, 2016 | | Active | All Counties |
| Austin Pain Associates | April 12, 2012 | April 12, 2022 | | Active | All Counties |
| APA Clinical Laboratory | September 5, 2012 | September 5, 2022 | | Active | All Counties |
| APA Clinical Labs | October 22, 2012 | October 22, 2022 | | Active | All Counties |
| Advanced Rehab | April 3, 2013 | April 3, 2023 | | Active | All Counties |
| Advanced Rehabilitation | April 3, 2013 | April 3, 2023 | | Active | All Counties |

[Order]  [Return to Search]

Instructions:
- To place an order for additional information about a filing press the 'Order' button.