# EXHIBIT 4







Case 1:14-cv-00946-BNB Document 1-4 Filed 04/02/14 USDC Colorado Page 4 of 8










**Posted on August 26, 2013 by Austin Pain Associates**

The 2013 Susan G. Komen® Austin Race for the Cure will be taking place on Sunday, November 10, 2013. 1 out of 8 women will have to fight breast ... See More

Komen Austin Homepage — www.komenaustin.org — Join me in the fight!

**Austin Pain Associates** — August 15, 2013 near Austin, TX

The south Austin location on William Cannon now offers acupuncture! Senior interns from AOMA Graduate School of Integrative Medicinework with faculty supervisors to create individualized treatment plans for patients of APA. Ask your practitioner if you might benefit from acupuncture and call 512.467.0370 to make an appointment.

**2013**

**Austin Pain Associates** — May 23, 2013

LOCAL PHYSICIAN AMONGST FIRST IN COUNTRY TO USE NEW BACK RELIEF IMPLANTATION DEVICE
Dr. Alan Silberberg with Austin Pain Associates places first device at Kyle location

Austin, TX (May20, 2013) – Dr Silberberg of Austin Pain Associates is amongst the first group of physicians across the United States to begin using a new spinal cord stimulator system that offers an increased array of new technolo... See More

**Austin Pain Associates** shared a link. — April 19, 2013

Like Dr. Laura Prewitt-Buchanan's Video!

http://www.austinpainmanagement.com/about-apa/our-doctors/laura-k-prewitt-buchanan-md/

Laura Prewitt-Buchanan MD | Austin Pain Doctor | Pain Management Specialist — www.austinpainmanagement.com

**Austin Pain Associates** shared a link. — April 17, 2013

Meet Dr. Alan Silberberg, MD!

http://www.austinpainmanagement.com/about-apa/our-doctors/alan-d-silberberg-md/

Alan Silberberg MD | Kyle & Austin Pain Doctor | Pain Management Specialist — www.austinpainmanagement.com

**Austin Pain Associates** shared a link. — April 17, 2013

Great article to read!! Thanks Dr. Aijaz for passing along.

http://shine.yahoo.com/healthy-living/eat-muscle-pain-away-230100077.html

Eat the Muscle Pain Away — shine.yahoo.com

**Austin Pain Associates** shared a link. — April 15, 2013

Click "Like" if you watched the video of Dr. Asim Aijaz, MD

http://www.austinpainmanagement.com/about-apa/our-doctors/asim-s-aijaz-md/

**Asim Aijaz MD | Round Rock & Austin Pain Doctor | Pain Management Specialist**
www.austinpainmanagement.com

Dr. Aijaz received his medical degree and anesthesiology residency training from the University of Arkansas for Medical Sciences.

Like · Comment · Share    👍 8   💬 1

**Austin Pain Associates** shared a link.
April 8, 2013

Watch a video on our website of Dr. Kery Feferman, MD

http://www.austinpainmanagement.com/about-apa/our-doctors/kery-l-feferman-md/

**Kery Feferman MD | Austin Pain Doctor | Pain Management Specialist**
www.austinpainmanagement.com

Dr. Feferman went on to receive her medical degree from The University of Texas Health Science Center in San Antonio.

Like · Comment · Share    👍 7   💬 2

**Austin Pain Associates**
April 7, 2013

Capital 10K in Austin

Like · Comment · Share    👍 22   💬 1

**Austin Pain Associates** shared a link.
March 22, 2013

APA named "Top Clinic" by Austin Business Journal

Posted on March 22, 2013 by Austin Pain Associates

Austin Pain Associates has moved up a spot on this year's Austin Business Journal's list of Top Clinics in the greater Austin area.... See More

http://www.austinpainmanagement.com/wp-content/uploads/2013/03/APA-Bol-Clinics-No7-2013-v2.pdf
www.austinpainmanagement.com

---

what you put into your body has a big effect on how you feel. There are foods that fight fat and detox foods. There are even foods that help you sleep better and look...

Like · Comment · Share    👍 6   💬 1

**Austin Pain Associates** shared a link.
April 10, 2013

Watch a video on our website of Dr. Bennett Ezekiel, MD

http://www.austinpainmanagement.com/about-apa/our-doctors/bennett-j-ezekiel-md/

**Bennett Ezekiel MD | Round Rock & Austin Interventional Pain Management Specialist**
www.austinpainmanagement.com

Bennett J. Ezekiel, MD, MPH, is an Interventional Pain Management Specialist.

Like · Comment · Share    👍 5   💬 1

**Austin Pain Associates**
April 7, 2013

Capital 10K

Like · Comment · Share    👍 31   💬 1

**Austin Pain Associates** shared a link.
April 6, 2013

AUSTIN PAIN ASSOCIATES MERGES WITH ADVANCED REHABILITATION
New union makes for most complete and well-rounded pain group in Central Texas

Austin, Texas – April 5, 2013 – Austin Pain Associates (APA) is acquiring Advanced Rehabilitation, fu... See More

**Austin Pain Doctor | Austin Pain Therapy | Pain Management Specialists of Austin**
www.austinpainmanagement.com

Austin Pain Associates is earnestly committed to each of our patients and the surrounding medical community to be the best pain management organization in Austin Texas.

Like · Comment · Share    👍 20   💬 1

**Austin Pain Associates** shared a link.



2012







