# EXHIBIT 5

# United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Mon Jan 27 03:10:26 EST 2014

Please logout when you are done to release system resources allocated for you.

### Record 1 out of 1

( Use the "Back" button of the Internet Browser to return to TESS)

**Typed Drawing**

| | |
|---|---|
| Word Mark | AUSTIN PAIN THERAPY |
| Goods and Services | IC 042. US 100 101. G & S: medical services, namely, pain management and pain reduction services. FIRST USE: 19890500. FIRST USE IN COMMERCE: 19890500 |
| Mark Drawing Code | (1) TYPED DRAWING |
| Serial Number | 75421115 |
| Filing Date | January 21, 1998 |
| Current Basis | 1A |
| Original Filing Basis | 1A |
| Published for Opposition | August 17, 1999 |
| Registration Number | 2290889 |
| Registration Date | November 9, 1999 |
| Owner | (REGISTRANT) Austin Pain Therapy Associates, Inc. CORPORATION TEXAS 4000 Medical Parkway Austin TEXAS 78756 |
| Attorney of Record | GARY R. MAZE |
| Disclaimer | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "PAIN THERAPY" APART FROM THE MARK AS SHOWN |
| Type of Mark | SERVICE MARK |
| Register | PRINCIPAL-2(F) |
| Affidavit Text | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20091026. |
| Renewal | 1ST RENEWAL 20091026 |
| Live/Dead Indicator | LIVE |

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY