# EXHIBIT 6



austinpaintherapy.com

NEWSLETTER | CONTACT US | **512-467-0808**

SEARCH

ABOUT | TREATMENTS | INSURANCE | ASK A QUESTION | TESTIMONIALS | BLOG

REFER A PATIENT | GET A REFERAL

> " *I would like to thank you all for bringing hope to my life. I now know there is light at the end of my tunnel.*"
>
> — Kenneth R., APT Patient

Click for More Testimonials

Change Font Size:

## AUSTIN'S OLDEST BEHAVIORAL PAIN REHABILITATION CLINIC

**Promoting Self-Reliance:** Our goal is to help you return to an active lifestyle. We teach our patients techniques that can easily be performed outside of our clinic: self-massage, stretching, muscle relaxation, exercise, coping techniques, recognizing and avoiding flare-ups, and more.

**Fully Customized Pain Programs:** Every patient faces different challenges and reacts differently to pain. So instead of a fixed program, we evaluate the needs of each person and tailor the treatment to their individual needs.

**Effective Drug-Free Treatments:** Although we work with doctors who can prescribe medication where necessary, our philosophy is to give people effective tools, so that they can treat themselves.



| OUR PAIN THERAPIES | INSURANCE ACCEPTED | FAQ |




## Austin Pain Therapy
*Staff Bios*



**Bryan Oden, PT – Supervisor of Physical Therapy**

Bryan brings 15+ years of experience to Austin Pain Therapy. He is a fully trained McKenzie therapist and has enhanced his evaluation skills through years of clinical experience. He is highly qualified to treat all types of pain; from orthopedic issues to systemic disease processes. His honesty and empathy help patients to understand their pain and allow them to take back control of their lives. Bryan is a California transplant to Austin, but has been here long enough to be considered an honorary Texan. In his spare time he spends time with his family and manages his fantasy football team.

**Susan Polk, PTA – Physical Therapist Assistant**

Susan is a graduate of Austin Community College's top ranked Physical Therapist Assistant program. She has focused her continuing education on manual and neuromuscular techniques. This educational experience allows Susan to help find positive ways to strengthen and improve movement patterns and postures that could be contributing to pain. She is also an adjunct faculty member at Austin Community College teaching in the PTA program. She is one of the last native Austinites and enjoys spending time with her extended family and hiking with her dog. Susan is the 2010-2011 recipient of the *Joy Davenport Award* for her outstanding service and commitment to the physical therapy profession, community and patients.



**Amy Lohr, PTA – Physical Therapist Assistant**

Amy graduated from Austin Community College's top ranked Physical Therapist Assistant program and was the Texas Alliance of PTA Educators transitional scholarship award winner during her senior year. The newest member of the APT team, Amy brings a fresh set of eyes to the clinic; she is well versed in the most recent evidenced bases research. Amy continues to perfect her general clinical skills while she explores her continuing education options. Amy has traveled

### Call Us Today

There's no need to suffer any longer. Contact us today to set up a customized treatment protocol tailored to your individual needs.

▶ CONTACT US

### Chronic Pain Treatment Newsletter

Our monthly newsletter shares the latest news and tips on chronic pain and its treatment.

**Sign up for our Email Newsletter**

GO

### Austin Pain Blog

Look at past newsletter articles, news, the latest research, and more on our blog page.

▶ READ THE BLOG

