# EXHIBIT 9



## Asim S. Aijaz, MD

**Board Certified by the American Board of Anesthesiology in Pain Medicine and Anesthesiology**

After graduating with Summa Cum Laude honors at the University of Arkansas in Little Rock, Dr. Aijaz received his medical degree and anesthesiology residency training from the University of Arkansas for Medical Sciences. He furthered his pain management training in New York City, completing his fellowship with Saint Vincent's Medical Center at New York Medical College. During his training, Dr. Aijaz participated in medical outreach programs to Guatemala and Ghana where he provided medical services to underprivileged populations.

Dr. Aijaz was drawn to Austin by its reputation as a city with many outdoor activities and vibrant culture. In his free time he enjoys taking advantage of all the parks and trails which Austin has to offer, he also enjoys participating in team sports including playing in a local kickball league.

Dr. Aijaz is an active member of the Austin Pain Society, Texas Pain Society, International Spine Injection Society, American Society for Interventional Pain Physicians, American Society of Regional Anesthesiology, Travis County Medical Society, and the Texas Medical Association.

### About APA
- Our Mission & Vision
- Our Physicians
  - Robert P. Wills, MD
  - Brannon R. Frank, MD
  - John W. Wages, MD
  - Christine M. Anderson, MD
  - Paul H. Le, MD
  - Alan D. Silberberg, MD
  - ▶ Asim S. Aijaz, MD
  - Kery L. Feferman, MD
  - Bennett J. Ezekiel, MD
  - Adnan A. Khan, MD
  - Laura K. Prewitt-Buchanan, MD
- Our Team
- Contact APA
- Affiliates
- Locations



Asim S. Aijaz, MD



### Brannon R. Frank, MD

**Board Certified by the American Board of Anesthesiology in Pain Medicine and Anesthesiology**

Dr. Frank is Board certified in both Interventional Pain Management and Anesthesiology through the American Board of Anesthesiology. He received his undergraduate degree at Texas A&M and his medical degree at the University of Texas Medical Branch in Galveston, TX. Dr. Frank trained at the prestigious Emory University in Atlanta, GA. His training at Emory included a fellowship in Interventional Pain Management and a residency in Anesthesiology. Dr. Frank currently serves as the Medical Director for Austin Pain Associates. He was the medical director for Stonegate Surgery Center from 2010 through 2011 and served as the President of the Austin Pain Society in 2010. Dr. Frank is honored that Austin Monthly magazine named him as one of the "Top Doctors 2013" for Pain Medicine in the Austin area.

