# EXHIBIT 10



www.vitals.com/specialists/pain-management-doctors/texas/austin



NEW **Urgent care centers**     **Sign up** or **Log in**



🔍 Find a doctor or facility     ☑ Write a review     🏥 Get informed

Find **doctors** ⌄ | by specialty, condition, or name | near **Longm... , CO** ⌄ who accept **any insurance** ⌄ | 🔍 Go

ADVERTISEMENT

 

XELJANZ [tofacitinib citrate] 5mg tablets

LEARN MORE ▶
For adults with moderate to severe RA in which methotrexate did not work well.
XELJANZ is available by prescription only.

Pfizer

🔁 REPLAY

**IMPORTANT SAFETY INFORMATION**

XELJANZ may cause serious side effects including:

PRESCRIBING INFORMATION INCLUDING BOXED WARNING AND MEDICATION GUIDE | SCROLL FOR IMPORTANT SAFETY INFORMATION AND INDICATION

Home > Pain Management Doctors > Texas > Austin

# Austin Pain Management Doctors

| **92** Doctors Found | Of the 92 Pain Management Doctors in Austin shown on this page:<br>• 78 Board certified<br>• 28 Award winners<br>• 539 Reviews<br>• Average rating is 3 stars<br>• Average wait time is 21.9 minutes |

## Top Pain Management Doctors in Austin, TX



**Dr. David Dent, DO**     ⭐⭐⭐⭐⭐ (6) 💬 (3)

2429 Bissonnet St
Austin, TX 78731

Anesthesiology
Anesthesiology - Pain Medicine
Physical Medicine & Rehabilitation
Physical Medicine & Rehabilitation - Pain Medicine
Preventive Medicine
Occupational Medicine
Pain Medicine
Sports Medicine
Interventional Pain Medicine
Pain Medicine
Occupational Medicine
General Preventive Medicine

**10 years experience**
🏅 Patients' Choice Award
🔵 4 star hospital
🔵 Board certified

ADVERTISEMENT



XELJANZ [tofacitinib citrate] 5mg tablets

GET YOUR FREE RA SYMPTOM TRACKER ▶

For adults with moderate to severe RA in which methotrexate did not work well.

XELJANZ is available by prescription only.

Pfizer

🔁 REPLAY

SCROLL FOR IMPORTANT SAFETY INFORMATION AND INDICATION

**IMPORTANT SAFETY INFORMATION**

XELJANZ may cause serious side effects including:

PRESCRIBING INFORMATION INCLUDING BOXED WARNING AND MEDICATION GUIDE

## Pain Management Doctors Nearby

Cedar Park, TX - 15 Pain Management Doctors

Mc Neil, TX - 5 Pain Management Doctors

Round Rock, TX - 26 Pain Management Doctors

Kyle, TX - 2 Pain Management Doctors

Spicewood, TX - 1 Pain Management Doctors

Dripping Springs, TX - 1 Pain Management Doctors

## What are Pain Management Specialists?

A pain management specialist is a physician with advanced knowledge and training in diagnosing and treating pain. These doctors do not come from one particular discipline, but rather use their respective



Austin Pain Management ✕

www.bridgeviewdental.com/procedures-treatment/pain-management/medication/



BRIDGEVIEW DENTAL
MODERN FAMILY DENTAL CARE

CONNECT WITH US ON: 

CALL TODAY
**512-347-8299**

Home    Staff    Office    Services    New Patients    Contact Us    Appointment Request



› Smile Gallery

Dr. Loveless is a Fellow of the world's premier cosmetic dental teaching center.

LVI Fellow

› Learn More

KVUE AUSTIN abc

Click here to view Dr. Loveless on KVUE News channel 24.

Bridgeview Dental > Procedures and Treatment Options > Pain Management > Medication

# Austin Pain Management Medication

Along with local anesthesia, general anesthesia, and intravenous sedation, dentists around the nation also use prescription medications as a way to control pain. Depending on your symptoms, condition, and level of pain, your dentist may write you a prescription or have you take over-the-counter drugs to help manage your pain. It is important that you communicate effectively with your dental professional so he or she can treat your condition effectively and efficiently.

If you or a loved one is experiencing dental pain, you need to see a dental expert as soon as possible so he or she can assess your condition. To learn more about your treatment and pain medication options, contact an LVI certified Austin dentist of BridgeView Dental today at 512-347-8299.

## Types of Medication

Pain management is an important goal for all dental professionals and the patients seeking their aid. To control your pain, your dentist may have you take any of the following medications:



Free Whitening for Life!

› Learn More



DentaLife

Austin's Reason to Smile

Lance F. Loveless, DDS

SMILE MAKEOVERS
ZOOM!
PORCELAIN VENEERS
ORAL SEDATION
LUMINEERS
IMPLANTS

As featured in Dental Life Magazine

