# EXHIBIT 11



## Whois Record for 2007-04-09

Previous                                                                 Next (2007-10-11) »

**Domain:**
austinpain.com

Record Date:    2007-04-09
Registrar:      ENOM, INC.
Server:         whois.enom.com
Created:        2002-01-19
Updated:
Expires:        2008-01-19

**Reverse Whois:**
registrar@active-domain.com    lhmaze@swbell.net

```
Registration Service Provided By: Active-Domain Co.
Contact: registrar@active-domain.com

Domain name: austinpain.com

Registrant Contact:
    Austin Pain Therapy Associates
    Lawrence Maze (lhmaze@swbell.net)
    +1.5124670808
    Fax: 512-459-4195
    4000 Medical Parkway
    Suite 100
    Austin, Tx 78756
    US

Administrative Contact:
    Austin Pain Therapy Associates
    Lawrence Maze (lhmaze@swbell.net)
    +1.5124670808
    Fax: 512-459-4195
    4000 Medical Parkway
    Suite 100
    Austin, Tx 78756
    US

Technical Contact:
    Austin Pain Therapy Associates
    Lawrence Maze (lhmaze@swbell.net)
    +1.5124670808
    Fax: 512-459-4195
    4000 Medical Parkway
    Suite 100
```

### Unique Records

58 historical records found

| Date | | |
|---|---|---|
| 2012-10-16 | more | changes | screenshot |
| 2012-09-14 | more | changes | screenshot |
| 2012-01-31 | more | changes | screenshot |

**2011**    9 total

| | | |
|---|---|---|
| 2011-11-21 | more | changes | screenshot |
| 2011-10-16 | more | changes | screenshot |
| 2011-10-04 | more | changes | screenshot |
| 2011-07-29 | more | changes | screenshot |

**2010**    7 total

show additional records up to 2011-07-29

| | | |
|---|---|---|
| 2010-07-25 | more | changes | screenshot |

**2009**    5 total

show additional records up to 2010-07-25

| | | |
|---|---|---|
| 2009-07-28 | more | changes | screenshot |
| 2009-03-27 | more | changes | screenshot |
| 2009-01-19 | more | changes | screenshot |

**2008**    4 total

| | | |
|---|---|---|
| 2008-12-25 | more | changes | screenshot |
| 2008-10-11 | more | changes | screenshot |
| 2008-09-15 | more | changes | screenshot |
| 2008-04-01 | more | changes | screenshot |

**2007**    2 total