# EXHIBIT 12



**From:** Joshua Wollard <jwollard@austinpainassociates.com>  **Sent:** Wed 1/9/2013 2:54 PM
**To:** sales@hugedomains.com
**Cc:**
**Subject:** Domain

I would like to make an offer for $6,000 on austinpain.com

Please contact me back if this is applicable.

Joshua Wollard
*Director of IT Services*



2501 W. William Cannon, Suite 401
Austin, TX 78745

p: 512.439.7339
c: 512.423.8285
f: 512.275.2802
www.austinpainassociates.com
facebook Like Us

Joshua Wollard

**From:** Joshua Wollard <jwollard@austinpainassociates.com>
**Sent:** Wed 1/9/2013 3:20 PM
**To:** Sales Department
**Cc:**
**Subject:** RE: Domain

Joel,

Thanks for responding to my email. I know 9k get the domain. However management/owners only approved me for 6k. would go higher up the ladder but they are it.

Thanks for getting back to me.

Joshua Wollard
Director of IT Services
2501 W. William Cannon, Suite 401
Austin, TX 78745

p: 512.439.7339
c: 512.423.8285
f: 512.275.2802

www.austinpainassociates.com
<http://www.austinpainassociates.com/>