# EXHIBIT 13

| | |
|---|---|
| Austin Pain Associates § <br> 2501 W. William Cannon § <br> Suite 401 § <br> Austin, Texas 78745 § <br> § <br> **(Complainant)** § <br> § <br> § <br> **v.** § <br> § <br> Jeffery Reberry § <br> 1422 Delgany Street § <br> Suite 400 § <br> Denver, Colorado 80202 § | **Domain Name In Dispute:** <br><br> austinpain.com |

# COMPLAINT IN ACCORDANCE WITH
# THE UNIFORM DOMAIN NAME DISPUTE RESOLUTION POLICY

1. This Complaint is hereby submitted for decision in accordance with the Uniform Domain Name Dispute Resolution Policy (the "**Policy**"), approved by the Internet Corporation for Assigned Names and Numbers ("**ICANN**") on October 24, 1999, the Rules for Uniform Domain Name Dispute Resolution Policy (the "**Rules**"), approved by ICANN on October 30, 2009, and the WIPO Supplemental Rules for Uniform Domain Name Dispute Resolution Policy (the **Supplemental Rules**).

2. **COMPLAINANT INFORMATION**

   a. Name**:** Austin Pain Association
   b. Address:     Attention: Joshua Wollard
                   Director of IT Services
                   2501 William Cannon
                   Suite 401
                   Austin, Texas 78745
   c. Telephone:   (512) 439-7339
   d. Fax:         (512) 275-2802
   e. E-mail       jwollard@austinpainassociates.com

**Complainant's Authorized Representative in the Administrative Proceeding**

  a. Name**:** Charles Blevins, Attorney at Law
  b. Address:     Chappell, Lanehart & Stangl, P.C.
                  1217 Avenue K
                  Lubbock, Texas 79401
  c. Telephone:   (806) 765-7370
  d. Fax:         (806) 765-8150
  a. E-mail       charles@attorneyinlubbock.com

ICANN Rule 3(b)(ii).

The Complainant AUSTIN PAIN ASSOCIATES' preferred method for communications directed to the Complainant in the administrative proceeding: ICANN Rule 3(b)(iii).

**Electronic-Only Material**

  a. Method:     E-Mail
  b. Address:    charles@attorneyinlubbock.com
  c. Contact:    Charles Blevins

**Material Including Hard Copy**

  a. Method:        Facsimile
  b. Address/Fax:   (806) 765-8150
  c. Contact:       Charles Blevins

The Complainant AUSTIN PAIN ASSOCIATES chooses to have this dispute heard before a single-member administrative panel. ICANN Rule 3(b)(iv).

3.   **RESPONDENT INFORMATION**

  As listed in WHOIS:
  a. Name:       THIS DOMAIN IS FOR SALE
  b. Address:    2635 Walnut Street
                 Denver, CO 80205
  c. Telephone:  (303) 893-0552
  d. Fax:        None listed
  e. E-mail:     domains@hugedomains.com

Calls to the WHOIS listed telephone number go to a one Jeffery Reberry. An e-mail to the WHOIS listed e-mail address (domains@hugedomains.com) resulted in no response. The alias for respondent is Jeffery Reberry, phone number (303) 477-0098. Mr. Reberry has

answered this phone and admitted knowledge of the domain and our dispute.

4. **DISPUTED DOMAIN NAME**

    a. The following domain name(s) is/are the subject of this Complaint: ICANN Rule 3(b)(vi).

        i. austinpain.com

    b. Registrar Information: ICANN Rule 3(b)(vii).

        i. Registrar's Name:      DOMAINTACT LLC
        ii. Registrar Address:     2635 Walnut Street
                                   Denver, CO 80205
        iii. Telephone Number:  (303) 502-9124
        iv. E-Mail Address:        support@DomainTact.com

    c. Service Mark Information: ICANN Rule 3(b)(viii). The following marks are owned by Complainant AUSTIN PAIN ASSOCIATES and are in use by Complainant AUSTIN PAIN ASSOCIATES in connection with its on-going business activities.

5. **FACTS PERTINENT TO THE DISPUTE**

    a. Austin Pain Associates ("Complainant") is a multi-location pain management facility in Austin, Texas.

    b. On December 31, 2012, Complainant tried to register the domain austinpain.com. On January 1, 2013 Complainant learned that someone else had 'purchased' the domain. The domain 'expired' on January 1, 2013, however Complainant tried multiple times in December to purchase the domain. On January 1, and again on January 5, 2013, Respondent updated the domain and immediately contacted Complainant to 'sell back' the domain.

    c. The Domain Name was not for sale at the time Complainant tried to register. Complainant has never sold or offered to sell any website or domain name to anyone, including the Respondent.

    d. The Complainant, Austin Pain Associates, has been commonly known by the domain name and has used the mark in multiple uses including trade publications, advertisements, business formation, common usage and holding itself out as Austin Pain along with its formation of Austin Pain in 2002.

6. **FACTUAL AND LEGAL GROUNDS**

This Complaint is based on the following factual and legal grounds: ICANN Rule 3(b)(ix) and UDRP ¶ 4(a)(iii).

    a. RESPONDENT is making no legitimate use of the domain name; it is being resold and neglected. The only interest that RESPONDENT has demonstrated in austinpain.com is in its resale value, which exists only because of the work of COMPLAINTANT to create it.

    b. There is clear evidence that RESPONDENT has registered or has acquired the domain name primarily for the purpose of selling, renting, or otherwise transferring the domain name registration to the Complainant who is the owner of the trademark or service mark or to a competitor of that Complainant.

    c. RESPONDENT is a domain reseller, reselling this and thousands of other domains. AUSTINPAIN.com is merely one of many that are part of RESPONDENT's portfolio. See Attached, "Current Domain Name Resolution." There the domain is being resold through "hugedomains.com," and the user may make an offer directly on the Web page.

d. RESPONDENT's registration of this domain name effectively prevents COMPLAINTANT (the owner of the trademark) from reflecting the mark in a corresponding domain name. This disrupts business, as customers seeking the Austin Pain and/or The Austin Pain Organization will be directed to an unrelated and confusingly similar site.

e. It is clear that RESPONDENT's use of overus.com is intended to (and actually does) confuse and misdirect customers seeking The Austin Pain Organization and/or the Austin Pain certification mark. This activity is actionable under federal law and causes RESPONDENT to be liable to COMPLAINTANT. RESPONDENT's activities are unlawful and constitute unfair competition, intentional trademark infringement, trademark dilution, false destination of origin, and cybersquatting.

f. ICANN Rule 3(b)(ix)(2). The Respondent, Huge Domains, has no legitimate interests in respects to the domain austinpain.com. Complainant demonstrates through exhibits attached Respondent acquired and registered the domain primarily for the purpose of selling the domain name registration to the Complainant who is the owner of the trademark or service mark or to a competitor of complainant, for valuable consideration in excess of Respondent's out-of-pocket costs directly related to the domain name.

g. ICANN Rule 3(b)(ix)(3). *The domain name should be considered as having been registered and being used in bad faith.* By using the domain name, Respondent has intentionally attempted to attract, possibly for commercial gain, Internet users to Respondent's website, by creating a likelihood of confusion with the

      Complainant's mark as to the source, sponsorship, affiliation, or endorsement of Respondent's website or comments. The Respondent, Huge Domains, has intentionally attempted to attract for commercial gain, internet users to the web site by creating a likelihood of confusion with the complainant's name.

h. ICANN Rule 3(b)(ix)(3). The Respondent, Huge Domains, has registered the domain name in order to prevent Austin Pain Associates from reflecting their mark in a corresponding domain name and has engaged in a pattern of such conduct.

i. ICANN Rule 3(b)(ix)(3). *The domain name is identical or confusingly similar to a trademark or service mark in which the Complainant has rights.* Complainant, Austin Pain Associates, is a multi-location office of medical doctors, staff and personnel in Austin, Texas business of pain management and since 2002. Further, as attached, Austin Pain Associates, had used the domain in connection with a bona fide offering of goods or services since at least 2009.

j. ICANN Rule 3(b)(ix)(3) and ICANN Policy ¶ 4(c). The Complainant, Austin Pain Associates, has been commonly known by the domain name.

k. Complainant respectfully submits that Respondent cannot meet any of the situations enumerated in Paragraph 4(c) of the Policy:

    i. Respondent's use of the Domain Name has no "connection with a *bona fide offering* of goods and services." Jeffery Reberry, the administrator of the Domain Name, is a resident of Denver, Colorado and has no bona fide offering, other than to 'ransom' the domain.

l.

7. **REMEDY SOUGHT**

   a. The Complainant Austin Pain Associates requests that the Panel issue a decision that the domain-name registration be transferred to Austin Pain Associates. ICANN Rule 3(b)(x); ICANN Policy ¶ 4(i).

8. **OTHER LEGAL PROCEEDINGS**

   a. No other legal proceedings have been commenced or terminated in connection with or relating to the domain name that is the subject of the complaint. ICANN Rule 3(b)(xi).

9. **COMPLAINT TRANSMISSION**

   a. The Complainant asserts that a copy of this Complaint, together with the cover sheet as prescribed by NAF's Supplemental Rules, has been sent or transmitted to the Respondent (domain-name holder), in accordance with ICANN Rule 2(b) and to the Registrar(s) of the domain name(s), in accordance with NAF Supp. Rule 4(e). ICANN Rule 3(b)(xii); NAF Supp. Rule 4(c).

10. **MUTUAL JURISDICTION**

    a. The Complainant, Austin Pain Associates will submit, with respect to any challenges to a decision in the administrative proceeding canceling or transferring the domain name, to the location of the principal office of the concerned registrar. ICANN Rule 3(b)(xiii).

11. **CERTIFICATION**

    a. Complainant, Austin Pain Associates, agrees that its claims and remedies concerning the registration of the domain name, the dispute, or the dispute's resolution shall be solely against the domain-name holder and waives all such claims and remedies against (a) the National Arbitration Forum and panelists, except in the case of

       deliberate wrongdoing, (b) the registrar, (c) the registry administrator, and (d) the Internet Corporation for Assigned Names and Numbers, as well as their directors, officers, employees, and agents.

b. Complainant, Austin Pain Associates, certifies that the information contained in this Complaint is to the best of Complainant's knowledge complete and accurate, that this Complaint is not being presented for any improper purpose, such as to harass, and that the assertions in this Complaint are warranted under these Rules and under applicable law, as it now exists or as it may be extended by a good-faith and reasonable argument.

       Respectfully submitted,

       CHAPPELL, LANEHART & STANGL, P.C.
       1217 Avenue K
       Lubbock, TX 79401
       Tel: (806) 765-7370
       Fax: (806) 765-8150

       By:/s/ Charles Blevins
         Charles Blevins
         State Bar No. 24077261
         Attorney for Complainant

Assumed Name Records Certificate of Ownership ............................................................ Page 1
AustinPain.Com Whois July 28, 2009 ............................................................................. Page 3



Travis County Clerk • Dana DeBeauvoir
P O Box 1748 • Austin, TX 78767 • 512-473-9188

## Assumed Name Records Certificate of Ownership for Unincorporated Business or Profession

Notice: "Certificates of Ownership" are valid only for a period not to exceed 10 years from the date filed in the County Clerk's Office (Chapter 36, Section 1, Title 4 of the Business and Commerce Code). This certificate properly executed is to be filed immediately with the County Clerk.

**Business Name**

| A | u | s | t | i | n |   | P | a | i | n |   |   |   |   |   |   |   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | s | s | o | c | i | a | t | e | s |   |   |   |   |   |   |   |   |   |   |   |   |   |   |

**Business Address**

| 4 | 3 | 1 | 0 |   | J | a | m | e | s |   | C | a | s | e | y |   | S | t | e |   | 2 | A |

**City**  / **State**  / **ZIP Code**

| A | u | s | t | i | n |   |   |   |   | T | X |   | 7 | 8 | 7 | 4 | 5 |   |   |

This Assumed Name will be used for 10 years unless indicated here _____

Business is to be conducted as (check one)
- ☐ Proprietorship
- ☐ Limited Partnership
- ☐ Joint Venture
- ☐ Sole Practitioner
- ☐ Real Estate Investment Trust
- ☒ Other (name type) **Professional Association**
- ☐ General Partnership
- ☐ Joint Stock Company

### Certificate of Ownership

I/We, the undersigned, are the owner(s) of the above business and my/our name(s) and address(es) given is/are true and correct and there is/are no ownership(s) in said business other than those listed herein below. Names of owners.

Name  **Robert P. Wills, M.D.**   Signature _[signed]_

Residence Address  **2915 Regents Park**   City  **Austin**   State  **TX**   ZIP  **78746**

Name _____   Signature _____
Residence Address _____   City _____ State ____ ZIP ____

Name _____   Signature _____
Residence Address _____   City _____ State ____ ZIP ____

FOR USE BY NOTARY AND CLERK OF THE COURT, DEPUTY   The State of Texas and County of Travis

Before me the undersigned authority, on this day personally appeared _____ known to me to be the person(s) whose name(s) is/are subscribed to the foregoing instrument and acknowledged to me that he/she/they signed the same for purpose and consideration therein expressed. Given under my hand and seal of office, on **23 April**, 19 **2002**

Signature of Notary Public in and for the State of Texas or Clerk of the Court, Deputy

_[signed] Mary Suzanne Walton_

Seal of Notary Public or Clerk of the Court, Deputy

MARY SUZANNE WALTON
MY COMMISSION EXPIRES
December 20, 2003

In spaces below, place address where this document should be returned.

Rebecca K. Lambeth, Esq.
Haynes and Boone, LLP
600 Congress Avenue, Ste. 1600
Austin, TX 78701

Form of identification presented _____



**FILED AND RECORDED**
OFFICIAL PUBLIC RECORDS

*Dana DeBeauvoir*

04-23-2002  01 33 PM  2002075474
BAZANJ $9 00
DANA DEBEAUVOIR ,COUNTY CLERK
TRAVIS COUNTY, TEXAS

Unofficial Copy

whois (/)

# austinpain.com (/whois/austinpain.com)

107.20.206.69    Record information last updated 12 hours ago

Save Domain To Dashboard

Transfer any COM/NET domain name to Name.com for $8.25

**Transfer Now** (https://www.name.com/domain-transfer?utm_source=who.is&utm_medium=button_turquise_bar&utm_campaign=whois_transfer_promo)

Want this archived information removed?

## Old Registrar Info July 28, 2009

| | |
|---|---|
| Name | GODADDY.COM, INC. |
| Whois Server | whois.godaddy.com |
| Referral URL | http://registrar.godaddy.com |
| Status | clientDeleteProhibited, clientRenewProhibited, clientTransferProhibited, clientUpdateProhibited |

## Important Dates

| | |
|---|---|
| Expires On | July 27, 2010 |
| Registered On | July 27, 2009 |
| Updated On | July 27, 2009 |

## Name Servers

| | |
|---|---|
| ns45.domaincontrol.com (/nameserver/ns45.domaincontrol.com/) | 216.69.185.23 (/whois-ip/ip-address/216.69.185.23/) |
| ns46.domaincontrol.com (/nameserver/ns46.domaincontrol.com/) | 208.109.255.23 (/whois-ip/ip-address/208.109.255.23/) |

## Registrar Info June 27, 2013

| | |
|---|---|
| Name | DOMAINTACT LLC |
| Whois Server | whois.domaintact.com |
| Referral URL | http://www.domaintact.com |
| Status | clientTransferProhibited |

## Important Dates

| | |
|---|---|
| Expires On | January 01, 2014 |
| Registered On | January 01, 2013 |
| Updated On | January 05, 2013 |

## Name Servers

| | |
|---|---|
| nsg1.namebrightdns.com (/nameserver/nsg1.namebrightdns.com/) | 54.208.28.212 (/whois-ip/ip-address/54.208.28.212/) |
| nsg2.namebrightdns.com (/nameserver/nsg2.namebrightdns.com/) | 216.38.220.30 (/whois-ip/ip-address/216.38.220.30/) |

## Old Raw Registrar Data July 28, 2009

```
Registrant:
    Interventional Pain Associates
    11111 Research Blvd Suit 370
    Austin, Texas 78759
    United States

    Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
    Domain Name: AUSTINPAIN.COM
        Created on: 27-Jul-09
        Expires on: 27-Jul-10
        Last Updated on: 27-Jul-09

    Administrative Contact:
        Saleemi, Sarosh    laylaazure@yahoo.com
        Interventional Pain Associates
        11111 Research Blvd Suit 370
        Austin, Texas 78759
        United States
        (512) 795-7575      Fax --

    Technical Contact:
        Saleemi, Sarosh    laylaazure@yahoo.com
        Interventional Pain Associates
        11111 Research Blvd Suit 370
        Austin, Texas 78759
        United States
        (512) 795-7575      Fax --

    Domain servers in listed order:
        NS45.DOMAINCONTROL.COM
        NS46.DOMAINCONTROL.COM

Information Updated: Fri, 28 Jun 2013 01:10:27 UTC
```

## Raw Registrar Data June 27, 2013

```
Registrant:
    Domain Admin domains@hugedomains.com
    THIS DOMAIN IS FOR SALE
    HugeDomains.com
    2635 Walnut Street
    Denver, CO   80205
    US
    +1.303.502.9124

Registrar: DomainTact.com (http://www.domaintact.com)

Domain Name: AustinPain.com
    Creation Date: 1/1/2013
    Expiration Date: 1/1/2014
    Last Updated Date: 1/2/2013
    Domain Locked: True

Administrative Contact:
    Domain Admin domains@hugedomains.com
    THIS DOMAIN IS FOR SALE
    HugeDomains.com
    2635 Walnut Street
    Denver, CO   80205
    US
    +1.303.502.9124

Technical Contact:
    Domain Admin domains@hugedomains.com
    THIS DOMAIN IS FOR SALE
    HugeDomains.com
    2635 Walnut Street
    Denver, CO   80205
    US
    +1.303.502.9124

Nameservers:
    nsg1.namebrightdns.com
    nsg2.namebrightdns.com

To view domain listing visit http://www.hugedomains.com/domain_profile.cfm?d=AustinPain&e=com

Information Updated: Fri, 28 Jun 2013 01:10:27 UTC
```

### Related Domains for austinpain.com

godaddy.com (/whois/godaddy.com/)   domaincontrol.com (/whois/domaincontrol.com/)   domaintact.com (/whois/domaintact.com/)   namebrightdns.com (/whois/namebrightdns.com/)   yahoo.com (/whois/yahoo.com/)   hugedomains.com (/whois/hugedomains.com/)