**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-00946-BNB

HUGEDOMAINS.COM, LLC, a Colorado limited liability company,

    Plaintiff,

v.

ROBERT P. WILLS, MD. PA, a Texas Professional Association
d/b/a AUSTIN PAIN ASSOCIATES,

    Defendant.

___

**NOTICE OF ENTRY OF APPEARANCE**
___

    Erin A. Kelly of the law firm of Bryan Cave LLP hereby enters her appearance as counsel for Plaintiff HugeDomains.com, LLC.

| | |
|---|---|
| Dated:  April 7, 2014. | BRYAN CAVE LLP |
| | *s/Erin A. Kelly* |
| | _____ |
| | Erin A. Kelly |
| | 1700 Lincoln Street, Suite 4100 |
| | Denver, CO 80203-4541 |
| | Telephone:  303-861-7000 |
| | Email:  erin.kelly@bryancave.com |
| | |
| | ATTORNEYS FOR PLAINTIFF |

121351.1