**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-00946-BNB

HUGEDOMAINS.COM, LLC, a Colorado limited liability company,

    Plaintiff,

v.

ROBERT P. WILLS, MD. PA, a Texas Professional Association
d/b/a AUSTIN PAIN ASSOCIATES,

    Defendant.

_____

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT**
_____

Pursuant to Federal Rule of Civil Procedure 7.1, undersigned counsel for Plaintiff HugeDomains.com, LLC hereby certifies its parent corporation is TurnCommerce Inc. and that no publicly held company owns 10% or more of either companies' stock.

Dated:  April 8, 2014.
                                               BRYAN CAVE LLP
                                               *s/Erin A. Kelly*

                                               _____
                                               Timothy M. Reynolds
                                               1801 13th Street, Ste. 300
                                               Boulder, CO  80302
                                               Telephone:  (303) 444-5955
                                               Email:  timothy.reynolds@bryancave.com

                                               Erin A. Kelly
                                               1700 Lincoln Street, Suite 4100
                                               Denver, CO 80203-4541
                                               Telephone:  303-861-7000
                                               Email:  erin.kelly@bryancave.com

                                               ATTORNEYS FOR PLAINTIFF