# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Colorado

Case Number: 14-CV-00946-BNB

Plaintiff:
**HUGEDOMAINS.COM, LLC**

vs.

Defendant:
**ROBERT P. WILLS, MD. PA, a Texas Professional Association d/b/a AUSTIN PAIN ASSOCIATES**

For:
BRYAN CAVE, LLP
1801 13th Street, Suite 300
Boulder, CO 80302

Received by Alliance Litigation Support, Inc. on the 3rd day of April, 2014 at 4:53 pm to be served on **ROBERT P. WILLS, MD. PA, A TEXAS PROFESSIONAL ASSOCIATION D/B/A AUSTIN PAIN ASSOCIATES, 2501 WILLIAM CANNON, SUITE 401, AUSTIN, TX 78745**

I, TOM R. KROLL, being duly sworn, depose and say that on the **7th day of April, 2014** at **1:00 pm**, I:

**PERSONALLY** delivered a true copy of the **SUMMONS IN A CIVIL ACTION; COMPLAINT; JURY DEMAND WITH EXHIBITS 1 THROUGH 13** with the date of service endorsed thereon by me, to: **ROBERT P. WILLS, MD. PA, A TEXAS PROFESSIONAL ASSOCIATION D/B/A AUSTIN PAIN ASSOCIATES** at the address of: **2501 WILLIAM CANNON, SUITE 401, AUSTIN, TX 78745** and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 50, Sex: M, Race/Skin Color: Caucasian, Height: 5'10", Weight: 185, Hair: Grey, Glasses: N

I certify that I am approved by the Supreme Court of Texas, Misc. Docket No. 05-9122 under rule 103 and 536(a) of the TRCP to deliver citations and other notices from any District, County and Justice Courts in and for the State of Texas. I am not less than 18 years of age, I am not a party to the above-referenced cause. I have personal knowledge of the facts and statements contained in this affidavit and each is true and correct. I am not interested in the outcome of the above-referenced cause

Subscribed and Sworn to before me on the 8th day of April, 2014 by the affiant who is personally known to me.

NOTARY PUBLIC

TOM R. KROLL
SCH 3012 EXP. 08/31/2016

Alliance Litigation Support, Inc.
1908 Kings Ct.
Flower Mound, TX 75028
(972) 221-4017

Our Job Serial Number: DAH-2014000391

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n