IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00946-BNB

HUGEDOMAINS.COM, LLC, a Colorado limited liability company,

    Plaintiff,

v.

ROBERT P. WILLS, MD. PA, a Texas Professional Association
d/b/a AUSTIN PAIN ASSOCIATES,

    Defendant.

---

### STIPULATION TO JUDGMENT AND PERMANENT INJUNCTION

---

Plaintiff owns the domain name <austinpain.com>. Defendant filed a complaint with the National Arbitration Forum ("NAF") seeking transfer of the domain name under the Uniform Domain-Name Dispute Resolution Policy of the Internet Corporation for Assigned Names and Numbers, *Austin Pain Associates v. Jeffrey Reberry*, No. FA1312001536356 (the "UDRP Proceeding"). After the NAF panel ordered the transfer of the domain name to Defendant (the "NAF Order"), Plaintiff filed this lawsuit asserting claims for declaratory relief and reverse domain name hijacking.

Plaintiff and Defendant hereby stipulate to the following terms, and further stipulate that the Court may enter a final Judgment and Permanent Injunction in favor of Plaintiff and against Defendant without further notice or appearance by the parties, as follows:

    1.    Defendant shall pay to Plaintiff the sum of $25,000.00, the receipt of which is acknowledged by Plaintiff.

    2.    Plaintiff's interests in respect of the <austinpain.com> domain name are legitimate.

3. Plaintiff did not register or use the <austinpain.com> domain name in bad faith and had no bad faith intent to profit from the domain name.

4. Plaintiff's registration and use of the <austinpain.com> domain name was is lawful under the Anticybersquatting Consumer Protection Act, 15 U.S.C. 1125(d)(1), and under 15 U.S.C. 1125(a) and 1114(1).

5. The NAF Order in the UDRP Proceeding shall be set aside and Plaintiff is not required to transfer the <austinpain.com> domain name to Defendant.

6. Pursuant to 15 U.S.C. § 1114(2)(D)(v), the registrar shall be enjoined from transferring the <austinpain.com> domain name to Defendant based on the NAF Order.

7. Defendant has been properly and validly served with the Summons and Complaint in this action, and is subject to the jurisdiction of the Court.

8. Defendant irrevocably and fully waives notice of entry of the Judgment and Permanent Injunction.

9. Defendant irrevocably and fully waives any and all right to appeal the Judgment and Permanent Injunction, to have it vacated or set aside, to seek or obtain a new trial thereon, or otherwise to attack in any way, directly or collaterally, its validity or enforceability.

10. Defendant acknowledges that Defendant has read this Stipulation to Judgment and Permanent Injunction, and the attached [Proposed] Judgment and Permanent Injunction, has had the opportunity to have them explained by counsel of Defendant's choosing, fully understands them and agrees to be bound thereby, and will not deny the truth or accuracy of any term or provision herein.  Defendant is at least 18 years old and is otherwise legally competent to enter into this Stipulation to Judgment and Permanent Injunction.

The Court shall maintain continuing jurisdiction over this action for the purpose of enforcing this final Judgment and Permanent Injunction.

Respectfully submitted,

Respectfully submitted,

| Dated: May _____, 2014 | BRYAN CAVE LLP <br><br> _____ <br> Timothy M. Reynolds <br> Erin A. Kelly <br> 1801 13th Street, Ste. 300 <br> Boulder, CO 80302 <br> Telephone: (303) 444-5955 <br> Email: timothy.reynolds@bryancave.com <br><br> ATTORNEYS FOR PLAINTIFF |
|---|---|
| Dated: ~~May _____, 2014~~ <br> JUNE 10, 2014 | HUSCH BLACKWELL LLP <br><br> /s/ Glenn H. Lenzen <br> Glenn H. Lenzen <br> Sudee M. Wright <br> 1700 Lincoln Street, Suite 4700 <br> Denver, CO 80203-4547 <br> Telephone: <br> Email: Glenn.Lenzen@huschblackwell.com <br><br> ATTORNEYS FOR DEFENDANT |
| Dated: ~~May _____, 2014~~ <br> June 10, 2014 | ROBERT P. WILLS, MD. PA, a Texas Professional Association d/b/a AUSTIN PAIN ASSOCIATES <br><br> Signed: _____ <br><br> By: Brannon R. Frank, M.D. <br><br> Its: Vice President |
| Dated: May _____, 2014 | HugeDomains, LLC <br><br> Signed: _____ <br><br> By: _____ <br><br> Its: _____ |

4

122221.1

Respectfully submitted,

| Dated: ~~May~~_____, 2014<br>June 11, 2014 | BRYAN CAVE LLP<br><br>_/s/ T. M. R._<br>Timothy M. Reynolds<br>Erin A. Kelly<br>1801 13th Street, Ste. 300<br>Boulder, CO 80302<br>Telephone: (303) 444-5955<br>Email: timothy.reynolds@bryancave.com<br><br>ATTORNEYS FOR PLAINTIFF |
|---|---|
| Dated: May _____, 2014 | HUSCH BLACKWELL LLP<br><br>_____<br>Glenn H. Lenzen<br>Sudee M. Wright<br>1700 Lincoln Street, Suite 4700<br>Denver, CO 80203-4547<br>Telephone:<br>Email: Glenn.Lenzen@huschblackwell.com<br><br>ATTORNEYS FOR DEFENDANT |
| Dated: May _____, 2014 | ROBERT P. WILLS, MD. PA, a Texas Professional Association d/b/a AUSTIN PAIN ASSOCIATES<br><br>Signed: _____<br><br>By: _____<br><br>Its: _____ |
| Dated: ~~May_____, 2014~~<br>June 6, 2014 | HugeDomains, LLC<br><br>Signed: _/s/_<br><br>By: _Jeffrey Reberry_<br><br>Its: _Co-founder_ |

4

122221.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 13, 2014, I electronically filed the foregoing **Stipulation to Judgment and Permanent Injunction** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Glenn H. Lenzen
Sudee M. Wright
Husch Blackwell LLP
1700 Lincoln Street, Suite 4700
Denver, CO 80203

*Attorneys for Defendant*
*Robert P. Wills, MD, PA*
*d/b/a Austin Pain Associates*

                                           */s/ Ramona Bailey*
                                           Ramona Bailey

122851.1