IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | | | |
|---|---|---|---|
| Civil Action: | 14-cv-00946-BNB | Date: | July 21, 2014 |
| Courtroom Deputy: | Ellen E. Miller | FTR: | BNB COURTROOM A-401 |

| *Parties* | *Counsel* |
|---|---|
| HUGEDOMAINS.COM, LLC, | Timothy Michael Reynolds |
| | Erin Anne Kelly |
| **Plaintiff,** | |
| v. | |
| ROBERT P. WILLS, MD. PA, | Glenn Howard Lenzen |
| **Defendant.** | |

## COURTROOM MINUTES

**MOTION HEARING**

Court in session: 2:08 p.m.

Appearances of counsel.

The Court requests confirmation from both sides that they are in agreement with the Stipulation to Judgment and Permanent Injunction [Docket No. **14**, filed June 13, 2014). Both parties acknowledge their agreement.

The Court will execute the Stipulation to Judgment and Permanent Injunction.

Court in recess: 2:14 p.m.     Hearing concluded.     Total time in court: 00:06